**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

11 MAY 13  PM 4: 05

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

Audra L. Buchanan,                    )
                                      )
              Plaintiff,              )
                                      )
        vs.                           )
                                      )
Focus Receivables Management, LLC     )
and Jane Doe,                         )
              Defendants.             )
                                      )

1 : 11 -cv- 0 6 5 1 SEB -TAB

---

### COMPLAINT SEEKING DAMAGES FOR VIOLATION OF
### THE FAIR DEBT COLLECTION PRACTICES ACT

#### I.  Introduction

1. This is an action for actual and statutory damages, legal fees and costs pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et. seq. (hereinafter referred to as the "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices. Id.

#### II.  Jurisdiction and Venue

2. Jurisdiction of this Court arises under 28 U.S.C. § 1331 and pursuant to 15 U.S.C. § 1692k(d).

3. Venue lies in this District pursuant to 28 U.S.C. § 1391(b).

#### III. Parties

4. Plaintiff, Audra L. Buchana, is a natural person of the full age of majority, residing in the City of Indianapolis, Marion County, Indiana.

5. Plaintiff is a debtor under Chapter 7 of Title 11 of the United States Code in Bankruptcy Case No. 11-0295-FJO.

6. Plaintiff is a "consumer" as that term is defined by § 1692(a).

7. Defendant, Focus Receivables Management, LLC, (hereinafter referred to as "Focus Receivables"), is a Georgia Corporation engaged in the business of collecting debt in this state with its principal place of business located at 1130 Northchase Parkway, Suite 150, Marietta, Georgia, 30067.  The principal purpose of Defendant is the collection of debts in this state and defendant regularly attempts to collect debts alleged to be due to another.

8. Defendant, Jane Doe (a/k/a "Mrs. Knight"), is a natural person and is employed by Focus Receivables Management or is an independent contractor of Focus Receivables.

9. Defendants are engaged in the collection of debts from consumers using the mail and telephone.  Defendant regularly attempts to collect consumer debts alleged to be due to another.  Defendants are "debt collectors" as that term is defined by §1692a(6).

## IV. Factual Allegations

10. Defendant Focus Receivables is a debt collection agency attempting to collect a debt from Plaintiff.  Focus Receivables is attempting to collect a debt on behalf of Wells Fargo.

11. The Plaintiff incurred a debt to Wells Fargo that was for primarily for personal, family or household purposes as defined by §1692(a)(5).

12. On February 24, 2011 Plaintiff retained John Steinkamp to represent her in bankruptcy and this debt.

13. Beginning in November 2010, Defendant Focus Receivables contacted Plaintiff in an attempt to collect.  Defendant contacted Plaintiff approximately three times.  Plaintiff did not pay Defendant any money in November.

14. In December 2010, Defendant continued to contact Plaintiff.  It is at this time Defendant, Jane Doe a/k/a "Mrs. Knight", started contacting Plaintiff.

15. Defendant Mrs. Knight caused telephone calls to be made to Plaintiff on twice on December 15, once on December 17, and twice on December 20 in an attempt to collect this debt.

16. During one phone conversation, Plaintiff indicated to Defendant that she did not currently have the funds to pay Defendant the amount allegedly owed. At that point, Mrs. Knight told Plaintiff that they "had already reviewed your financial statements." That there was "more than enough money in your 401k and insurance" and that Mrs. Knight was "going to send over garnishment paperwork."

17. To date, Defendant Focus Receivables has not attempted to garnish Plaintiff's wages or 401k.

18. The telephone call Defendant caused to be made to Plaintiff on December 17, 2010, was made at 7:07am.

### V. Claim for Relief:

### Violation of the FDCPA

19. The allegations of Paragraphs 1 through 18 of the complaint are realleged and incorporated herewith by references.

20. The Defendants gave the false impression that nonpayment of this debt would result in the garnishment of wages, when that action is not lawful and not intended to be taken in violation of 15 U.S.C. §1692e(4).

21. The Defendants threatened to take action that cannot legally be taken or that is not intended to be taken by threatening to garnish Plaintiff's 401k in violation of 15 U.S.C. §1692e(5).

22. Defendants violated the FDCPA by engaging in conduct the natural consequences of which is to harass, oppress, or abuse any person in connection with the collection of a debt, pursuant to 15 U.S.C. § 1692d.

23. Defendants violated the FDCPA by using unfair or unconscionable means to collect or attempt to collect a debt, pursuant to 15 U.S.C § 1692f.

24. Defendants communicated with Plaintiff at an unusual and inconvenient time when it placed a 7am phone call, in violation of 15 U.S.C. §1692c(a)(1).

25. As a result of the above violations of the FDCPA, Defendants are liable to Plaintiff for actual damages, statutory damages of $1,000 per defendant, attorney fees, and costs.

WHEREFORE, Plaintiff, having set forth her claims for relief against Defendants, respectfully prays the Court as follows:

1. That Plaintiff has and recovers against Defendants a sum to be determined by the Court in the form of actual damages;

2. That Plaintiff has and recovers against Defendants a sum to be determined in the form of statutory damages;

3. That Plaintiff has and recovers against Defendants all reasonable legal fees and expenses incurred by the attorney;

4. That Plaintiff has such other and further relief as the Court may deem just and proper.

Respectfully submitted,

John T. Steinkamp
John Steinkamp and Associates
5218 S. East Street, Suite E1
Indianapolis, IN 46227
Office: (317) 780-8300
Fax: (317) 217-1320
Email: steinkamplaw@yahoo.com

Allison M. Wolfe
John Steinkamp and Associates
5218 S. East Street, Suite E1
Indianapolis, IN 46227
Office: (317) 780-8300
Fax: (317) 217-1320
Email: steinkamplaw@yahoo.com