GRANTED.
Date: 01/27/2012

*Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANDRA L. BUCHANAN, )<br>    Plaintiff, )<br>v. )<br>FOCUS RECEIVABLES )<br>MANAGEMENT, LLC )<br>And JANE DOE, )<br>    Defendants. ) | CASE NO. 1:11-cv-0651 SEB-TAB |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff, Audra L. Buchanan, by counsel, and Defendants, Focus Receivables Management, LLC and Focus Receivables Management, LLC on behalf of Jane Doe, by counsel, jointly stipulate and move this Court to dismiss this cause of action with prejudice.

JOHN STEINKAMP & ASSOCIATES

/s/John T. Steinkamp
John T. Steinkamp
Attorney for Plaintiff Audra L. Buchanan
steinkamplaw@yahoo.com

KIGHTLINGER & GRAY, LLP

/s/ Peter A. Velde
Peter A. Velde
Attorney for Defendants
Focus Receivables Management LLC and
Jane Doe
pvelde@k-glaw.com

110657 / 1498289-1